## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**WILDOKENS MONDAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1447

[October 11, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. 07022495CF10B.

Richard L. Rosenbaum of Law Offices of Richard Rosenbaum, Fort Lauderdale, for appellant.

Pamela Jo Bondi, Attorney Gerneral, Tallahassee, Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellant.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***